IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BBCM, INC., and BBSW, LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>HEALTH SYSTEMS INTERNATIONAL, LLC,<br><br>    Defendant. | C 10-86 EJM |
| HEALTH SYSTEMS INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br> vs.<br><br>KATHLEEN A. BASS,<br><br>    Defendant, | C 10-137 EJM |
| HEALTH SYSTEMS INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br> vs.<br><br>KEVIN W. BASS,<br><br>    Defendant. | C 11-39 EJM |

## ORDER

This matter is before the court on (1) Motions to Consolidate C10-86 and C10-137, filed by plaintiff BBCM, Inc. and BBSW, LLC, in C10-86 and defendant Kathleen Bass in C10-137 on March 9, 2011, on (2) the US Magistrate Judge's Report and Recommendation thereon, filed May 10, 2011, on (3) defendant Kevin Babb's resisted Motion to Compel Joinder of a Necessary Party in C11-39, filed March 18, 2011, on (3) the US Magistrate Judge's Report and Recommendation thereon, filed May 19, 2011, on (4) a Motion to Consolidate C11-39 with C10-86 and C10-137, filed May 23, 2011 by BBCM, Kathleen Bass, and Kevin Bass, and on (5) the US Magistrate Judge's Report and Recommendation thereon, filed May 31, 2011. Reports and Recommendations adopted, motions granted.

The background of these cases has been set forth in previous orders, and requires no further elaboration here. For the reasons set forth in the Reports and Recommendations of May 10, 2011, and May 31, 2011, the US Magistrate Judge recommends that these three cases be consolidated, and for the reasons set forth in the Report and Recommendation of May 19, 2011 in C11-39, that defendant Kevin Babb's Motion to Compel Joinder of BBCM, Inc., and BBSW, LLC, be granted.

The motions are unresisted, no objections have been filed, and the court finds no error in the Reports and Recommendations.

It is therefore

ORDERED

1. Reports and Recommendations adopted.

2. Motions to Consolidate granted (docket #29 and #41 in C10-86, docket #19 and #33 in C10-137, and docket #66 in C11-39). C10-86, C10-137, and C11-39 are consolidated.

3. Defendant Babb's Motion to Compel Joinder of BBCM, Inc., and BBSW, LLC, docket #38 in C11-39, is granted.

June 27, 2011.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT